```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 09645
   MARK E SCHULTHIES
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5855


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/11/04 and confirmed on 05/13/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  41940.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
FIRST HORIZON HOME LOAN    CURRENT MORTG         .00            .00             .00
HINSDALE BANK & TRUST      SECURED VEHIC    11500.00         680.48        11500.00
ADVANTA                    UNSECURED        NOT FILED          .00             .00
BECKET & LEE LLP           UNSECURED        12743.30           .00          2609.59
BECKET & LEE LLP           UNSECURED         4245.99           .00           869.50
CAPITAL ONE FINANCIAL      UNSECURED         8233.27           .00          1686.02
CARDMEMBER SERVICES        UNSECURED        NOT FILED          .00             .00
CITIBANK                   UNSECURED        NOT FILED          .00             .00
CAVALRY INVESTMENTS LLC    UNSECURED         8331.00           .00          1706.04
TEXTRON FINANCIAL          UNSECURED        31689.07           .00          6489.34
WEST SUBURBAN BANK         UNSECURED        13332.45           .00          2730.24
WELLS FARGO BANK           UNSECURED        10827.45           .00          2217.26
FIRST HORIZON HOME LOAN    MORTGAGE ARRE     1274.00           .00          1274.00
B FIRST LLC                UNSECURED        10214.87           .00          2091.82
HINSDALE BANK & TRUST      UNSECURED         8037.42           .00          1645.92
KEY EQUIPMENT FINANCE      UNSECURED        15603.96           .00          3195.41
             Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED  12774.00         .00    123258.78         .00     136032.78
PRINCIPAL PAID      12774.00         .00     25241.14         .00      38015.14
INTEREST PAID         680.48         .00          .00         .00         680.48
TOTAL PAID          13454.48         .00     25241.14         .00      38695.62
The Debtor's attorney, LEGAL DEFENDERS                  , was allowed $    2700.00
and was paid $    1006.00   direct and $    1694.00   through the plan.

The Trustee received $    1550.38 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/14/07                             /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE